```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROBERTA FELIZ, individually, and on behalf of all                      :
others similarly situated                                              :
                                                                       :
                                    Plaintiff,                         :    23 Civ. 357 (JPC)
                                                                       :
                    -v-                                                :         ORDER
                                                                       :
NEWHERE, INC.,                                                         :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 17, 2023, the Court scheduled the Initial Pretrial Conference in this case for 9:00 a.m. on June 7, 2023. Dkt. 14 at 1. The Court further ordered the parties to submit a joint status letter and proposed case management plan and scheduling order seven days before the IPTC—in this case, by May 31, 2023. *Id.* at 2. The docket reflects that those documents have not been filed, however. Consequently, the parties are ordered to submit them tomorrow, June 6, 2023, by 5:00 p.m. If the parties fail to do so, the Court may reschedule the IPTC without further warning.

SO ORDERED.

Dated: June 5, 2023
       New York, New York

                                                    _____
                                                         JOHN P. CRONAN
                                                         United States District Judge