

Edward Y. Kroub – Partner
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ekroub@mizrahikroub.com

July 3, 2023

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Feliz v. NEwhere, Inc.;* Case No. 1:23-cv-00357-JPC

Dear Judge Cronan:

We represent plaintiff Roberta Feliz ("Plaintiff") in the above-referenced action. We submit this letter, with consent from defendant NEwhere, Inc., to respectfully request an adjournment of the initial conference set for July 5, 2023 at 11:30 a.m. Plaintiff respectfully requests an adjournment of 30 days to allow time for the Parties to continue exploring further settlement discussions and to timely file a proposed joint case management plan with this Court, if and when necessary. This is Plaintiff's second request for such an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

The request is granted. The Initial Pretrial Conference currently scheduled for July 5, 2023 is adjourned to August 3, 2023, at 11:00 a.m. via telephone. At the scheduled time, counsel for all parties should call 866-434-5269, acces code 9176261.

SO ORDERED.

July 4, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge