

Edward Y. Kroub – Partner
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ekroub@mizrahikroub.com

July 27, 2023

<u>VIA ECF</u>

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Feliz v. NEwhere, Inc.;* <u>Case No. 1:23-cv-00357-JPC</u>

Dear Judge Cronan:

We represent plaintiff Roberta Feliz ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for August 3, 2023 at 11:00 a.m. Plaintiff respectfully requests an adjournment of 7 days because we have been experiencing some difficulty in receiving consistent communication from and conferring with opposing counsel, with respect to the timely filing of a proposed joint case management plan with this Court. We seek this brief adjournment so that we may finalize and file this proposed case management plan with Defendant's participation and consent. This is Plaintiff's third request for such an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

The initial pretrial conference currently scheduled for 11:00 a.m. on August 3, 2023 is adjourned until 2:30 p.m. on August 16, 2023. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.
Date: July 28, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge