```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROBERTA FELIZ, individually, and on behalf of and all                  :
others similarly situated,                                             :
                                                                       :
                            Plaintiff,                                 :      23 Civ. 357 (JPC)
                                                                       :
             -v-                                                       :      ORDER
                                                                       :
NEWHERE, INC.,                                                         :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Dkt. 26. It is hereby ORDERED that any pending conferences and deadlines are ADJOURNED for sixty days. It is further ORDERED that the parties shall file a joint letter regarding the status of settlement discussions by November 15, 2023. If this case has been voluntarily dismissed or otherwise terminated by that date, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.

SO ORDERED.

Dated: September 21, 2023
       New York, New York

                                                            _____
                                                            JOHN P. CRONAN
                                                            United States District Judge