UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ROBERTA FELIZ, *individually, and on behalf of all* :
*others similarly situated*, :
:
                    Plaintiff, : 23 Civ. 357 (JPC)
:
       -v- : ORDER
:
NEWHERE, INC., :
:
                 Defendant. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     As previously noted, the Court has been informed that the parties have reached a settlement in principle in this case. Dkt. 26. In light of that information, the Court intends to issue an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar provided an application is made within thirty days, unless either party informs the Court within seven days of this Order that they prefer the Court not issue such a dismissal order.

     SO ORDERED.

Dated: December 29, 2023
       New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge