UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROBERTA FELIZ, Individually, and On Behalf of All Others Similarly Situated,

            Plaintiff,

vs.

NEWHERE, INC.,

           Defendant.

---------------------------------------------------------------x

Case No. 1:23-cv-00357

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is further agreed – pursuant to Southern District of New York Local Rules of Practice 41.3 – that no party hereto is an infant or incompetent.

DATED:  January 8, 2024

**MIZRAHI KROUB LLP**

_____
Edward Y. Kroub, Esq.
225 Broadway, 39th Floor
New York, NY  10007
Tel: (212) 595-6200
Fax: (212) 595-9700
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

DATED:  January 8, 2024                    **SPIRE LAW, LLC**

*Ian E. Smith*

Ian Smith
2572 W State Rd Ste 2088
Oviedo, FL 32765
Tel: 407-494-0135
Email: ian@spirelawfirm.com

*Attorney for Defendant*